CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
<u>Mail</u>: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff
ANTONIO FERNANDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS, a California Nonprofit Corporation<br><br>    Defendants. | Case No.: 2:20-CV-09640-PA-GJS<br><br>**NOTICE OF SETTLEMENT** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

                            CENTER FOR DISABILITY ACCESS

Dated: November 29, 2020     By: <u>/s/ Amanda Seabock</u>
                                      Amanda Seabock
                                      Attorney for Plaintiff