CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

SEYFARTH SHAW LLP
Ashley N. Arnett (SBN 305162)
aarnett@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017-5793
Telephone:   (213) 270-9600
Facsimile:    (213) 270-9601
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Antonio Fernandez**, | Case: 2:20-CV-09640-PA-GJS |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| **Kaiser Foundation Hospitals**, a California Nonprofit Corporation | |
| Defendants. | |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 19, 2021          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: January 19, 2021          SEYFARTH SHAW LLP

By: /s/ Ashley N. Arnett
    Ashley N. Arnett
    Attorneys for Defendant
    Kaiser Foundation Hospitals

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Ashley N. Arnett, counsel for Kaiser Foundation Hospitals, respectively, and that I have obtained Ms. Arnett's authorization to affix her electronic signature to this document.

Dated: January 19, 2021         CENTER FOR DISABILITY ACCESS

                                By: /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorneys for Plaintiff